```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL                                    JS-3
    Assistant United States Attorney
 3  Chief, Criminal Division
    SANDY N. LEAL (Cal. State Bar No.: 207179)
 4  Assistant United States Attorney
    Domestic Security & Immigration Crimes Section
 5       Ronald Reagan Federal Building & U.S. Courthouse
         411 West Fourth Street
 6       Santa Ana, California 92701
         Telephone: (714) 338-3531
 7       Facsimile: (714) 338-3561
         Email: Sandy.Leal@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-1105-JSL |
|---|---|
| Plaintiff, | ) <u>GOVERNMENT'S MOTION TO DISMISS;</u> <u>ORDER</u> |
| v. | ) |
| RAMIRO GARCIA-BUENROSTRO, | ) |
| Defendant. | ) |

1                             O R D E R

2     Government's Motion to Dismiss the above-referenced case
3 without prejudice pursuant to Rule 48 of the Federal Rules of
4 Criminal Procedure as to defendant Ramiro Garcia-Buenrostro is
5 hereby granted.
6 IT IS SO ORDERED.

                                    *Spencer Letts* (signature)

8 Dated:__Oct 10, 2008           _____
                                 THE HONORABLE SPENCER J. LETTS
9                                UNITED STATES DISTRICT JUDGE